IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:11mj349

| IN RE SEIZURE OF ALL INCOMING ) | ORDER TO SEAL |
| MONETARY WIRE TRANSFERS, etc. ) | |

On the government's motion to seal in the above-captioned seizure warrant file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal the file until further order of the Court.

Signed this the 28 day of October, 2011.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE